IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )        CRIMINAL ACTION NO.
     v.                        )          2:18cr284-MHT
                               )             (WO)
REGINALD McCOY                 )

OPINION AND ORDER

Defendant Reginald McCoy moved to suppress under the Fourth Amendment to the United States Constitution evidence obtained as a result of the search of a residence associated with him in Eufaula, Alabama. This case is before the court on the recommendation of the United States Magistrate Judge that the motions to suppress be denied. McCoy objected to the report and recommendation. Upon an independent and de novo review of the record, the court concludes that the objection should be overruled and the recommendation adopted.


***

Accordingly, it is ORDERED as follows:

(1)  The objection (doc. no. 46) is overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 45) is adopted.

(3)  The motions to suppress (doc. nos. 38 and 40) are denied.

DONE, this the 6th day of March, 2019.


___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE