**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:18cr284-MHT** |
| | ) | **(WO)** |
| **REGINALD McCOY** | ) | |

**ORDER**

With regard to all motions in limine and written evidentiary objections filed before trial and not otherwise set for submission and briefing by court order, it is ORDERED as follows:

(1) By no later than 10 business days before jury selection, counsel for the parties are to meet, in person, to attempt to resolve the motions and objections; and

(2) By no later than five business days before jury selection, counsel for the parties are to file a jointly prepared report (a) as to which issues in the motions and objections are resolved and which ones remain unresolved and (b), for each and every

unresolved issue, setting forth in detail the position of each side.

DONE, this the 26th day of March, 2019.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE