IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
     v.                     )         2:18cr284-MHT
                            )            (WO)
REGINALD McCOY              )

REVISED ORDER ON MOTIONS IN LIMINE

With regard to all motions in limine and written
evidentiary objections filed before trial and not
otherwise set for submission and briefing by court
order, it is ORDERED as follows:

(1) By no later than six business days before jury
selection, counsel for the parties are to meet, in
person, to attempt to resolve the motions and
objections; and

(2) By no later than four business days before jury
selection, counsel for the parties are to file a
jointly prepared report (a) as to which issues in the
motions and objections are resolved and which ones
remain unresolved and (b), for each and every

unresolved issue, setting forth in detail the position of each side.

DONE, this the 10th day of June, 2019.

___/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE