**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr284-MHT** |
| | ) | **(WO)** |
| **REGINALD McCOY** | ) | |

**ORDER**

With the oral agreement of defense counsel on the record on June 24, 2019, it is ORDERED that the government's oral motion to dismiss count 4 of the indictment (doc. no. 90) is granted and said count is dismissed without prejudice. *See Rehaif v. United States*, --- S.Ct. ---, 2019 WL 2552487 (June 21, 2019).

DONE, this the 25th day of June, 2019.

                                                /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**