IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr284-MHT |
| | ) | (WO) |
| REGINALD McCOY | ) | |

### ORDER

Based on the representations made on the record on June 24, 2019, it is ORDERED that the opinion and order entered on April 3, 2019 (doc. no. 64) are amended to reflect that, should defense counsel seek to introduce evidence about the confidential informant, he should first make a request, outside the presence of the jury, for a ruling on the introduction of the evidence; otherwise, the evidence may not be admitted.

DONE, this the 25th day of June, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**