# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr284-MHT |
| | ) | (WO) |
| REGINALD McCOY | ) | |

## ORDER

Based on the representations made on the record on June 24, 2019, it is ORDERED that the motions in limine (doc. nos. 52 & 81) are withdrawn without prejudice. Defense counsel agrees not to re-litigate the suppression-motion issue.

DONE, this the 25th day of June, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**