IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:18cr284-MHT
                            )            (WO)
REGINALD McCOY              )
```

## JUDGMENT

Based on the jury verdict (doc. no. 104) returned on June 25, 2019, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Reginald McCoy is not guilty of counts 1, 2, and 3 (the remaining counts) and that defendant McCoy is discharged.

DONE, this the 28th day of June, 2019.

                                                 /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**